UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODNEY L MARSHALL,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:21-cv-00726-JAD-BNW<br><br>ORDER |

## I.　DISCUSSION

In its June 4, 2021 order, the Court ordered defendants to file a response to the motion for a preliminary injunction by June 16, 2021. (ECF No. 7 at 9). On June 15, 2021, the Office of the Attorney General filed a motion for a ten-day extension of time to file that response. (ECF No. 10). In its Motion, counsel represents that he "has not been able to obtain Marshall's medical records due to internal delays" and needs additional time to review these records in order to respond to the Motion for Preliminary Injunction. ECF No. 10.

The Court grants the motion in part. Plaintiff is alleging he has not received treatment for a terminal illness for several months. His Motion for Injunctive Relief requests treatment. Counsel for the defense must expedite the receipt and review of the documents in question and respond to the Motion for Preliminary Injunction by June 21,

2021. The Court cautions Defendants that it is <u>not</u> likely to look favorably upon any further requests for an extension of time.

## II.  CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 10) is granted in part.  Defendants shall file their response to Marshall's motion for preliminary injunction and file under seal all medical records relevant to Marshall's claim by June 21, 2021.

DATED: June 17, 2021.

_____
UNITED STATES MAGISTRATE JUDGE