Jacob A. Reynolds (10199)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
jreynolds@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY L. MARSHALL, | Case No. 2:21-cv-00726-JAD-BNW |
| Plaintiff, | NOTICE OF WITHDRAWAL |
| v. | |
| STATE OF NEVADA, *et al* | |
| Defendants. | |

To:   The Clerk of Court and all Parties of Record:

PLEASE TAKE NOTICE that the undersigned attorney, Jacob A. Reynolds, hereby withdraws as counsel of record for Plaintiff.

Hutchison & Steffen attorneys Patricia Lee and Shelby A. Dahl have previously appeared on behalf of Plaintiff, remain as attorneys of record for Plaintiff, and request that future copies of all future notices given or required to be given in this case, and all papers, pleadings, and correspondence served or required to be served in this case on them.

DATED this 29th day of April, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Jacob A. Reynolds*

Jacob A. Reynolds (10199)

*Attorneys for Plaintiff*

**ORDER**
**IT IS SO ORDERED**
**DATED:** 3:10 pm, April 29, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 26th day of April, 2022, I caused the above and foregoing document entitled **NOTICE OF WITHDRAWAL** to be served as followed by personally transmitting a copy of the same via the Court's CM/ECF internet system to their respective registered e-mail sites.

**Southern Desert Correctional Center**
Email: sdcclawlibrary@doc.nv.gov

**Chris William Davis**
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-9252
Email: cwdavis@ag.nv.gov
*Attorneys for Defendant Michael Minev*

*/s/ Suzanne Morehead*
_____
An employee of Hutchison & Steffen, PLLC

2