Patricia Lee (8287)
Shelby A. Dahl (13856)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
plee@hutchlegal.com
sdahl@hutchlegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY L. MARSHALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*<br><br>　　　　Defendants. | Case No. 2:21-cv-00726-JAD-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER FOR SETTLEMENT CONFERENCE** |

　　　　Counsel for Plaintiff Rodney Marshall ("Plaintiff") and Defendant Michael Minev ("Defendant") hereby submit this Stipulation to set this case for a settlement conference under LR 16-5.

　　　　While the case previously went through early mediation, this took place before Plaintiff had counsel, and before the parties had the chance to exchange discovery. The parties believe that a settlement conference at this point in the case will be beneficial.

///
///
///
///
///
///
///
///

1

The parties have established that counsel will be available on November 16, 17, 21, 22, 23 and 28. Counsel has no preference for any specific judge or mediator. Plaintiff and Plaintiff's Counsel will be appearing remotely, due to Plaintiff's current incarceration.

It is so stipulated.

DATED this 21st day of October, 2022.

| HUTCHISON & STEFFEN, PLLC | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| */s/ Shelby A. Dahl* | */s/ Chris W. Davis* |
| Patricia Lee (8287)<br>Shelby A. Dahl (13856)<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, NV 89145 | Chris W. Davis (6616)<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Michael Minev* |

**ORDER**
IT IS ORDERED that ECF No. 60 is GRANTED. The Court will issue a separate scheduling order for the settlement conference.

**IT IS SO ORDERED**
**DATED:** 12:38 pm, October 24, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

2

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 21st day of October, 2022, I caused the above and foregoing document entitled **STIPULATION AND (PROPOSED) ORDER FOR SETTLEMENT CONFERENCE** to be served as followed by personally transmitting a copy of the same via the Court's CM/ECF internet system to their respective registered e-mail sites.

**Southern Desert Correctional Center**
Email: sdcclawlibrary@doc.nv.gov

**Chris William Davis**
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-9252
Email: cwdavis@ag.nv.gov
*Attorneys for Defendant Michael Minev*

                                              */s/ Suzanne Morehead*
                                              An employee of Hutchison & Steffen, PLLC