1  Brenoch R. Wirthlin (10282)
2  Shelby A. Dahl (13856)
   HUTCHISON & STEFFEN, PLLC
3  10080 W. Alta Dr., Suite 200
   Las Vegas, NV 89145
4  (702) 385-2500/Fax: (702) 385-2086
   bwirthlin@hutchlegal.com
5  sdahl@hutchlegal.com

6  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY L. MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*<br><br>Defendants. | Case No. 2:21-cv-00726-JAD-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

Counsel for Plaintiff Rodney Marshall ("Plaintiff") and Defendant Michael Minev ("Defendant") hereby submit this Stipulation to reschedule the case settlement conference under LR 16-5 (currently scheduled for December 21, 2022).

Counsel are requesting that the settlement conference be rescheduled as counsel have been informed that the conference room with the necessary technology for Plaintiff to attend remotely is not available on December 21, 2022.

Counsel have communicated with their respective clients and with the facility to ensure the availability of the conference room. The parties have established that counsel will be available on December 27, 2022, and January 6, 10, 13, 17, 20 and 24, 2023. The conference room is currently available on those dates.

Plaintiff's counsel has also been informed that they cannot be in the same room as Plaintiff during a remote settlement conference because the conference room where telephonic conferences are held cannot provide confidentiality and the required security when third parties are in the room, including legal counsel. Plaintiff's counsel therefore reserves the right to petition the Court for Plaintiff to appear at mediation in-person.

1

1     It is so stipulated.

2     DATED this 7th day of December, 2022.

3     HUTCHISON & STEFFEN, PLLC      OFFICE OF THE ATTORNEY GENERAL

4     */s/ Shelby A. Dahl*      */s/ Chris W. Davis*

Brenoch R. Wirthlin (10282)      Chris W. Davis (6616)
Shelby A. Dahl (13856)      555 E. Washington Ave., Suite 3900
10080 W. Alta Dr., Suite 200      Las Vegas, NV 89101
Las Vegas, NV 89145

*Attorneys for Plaintiff*      *Attorneys for Defendant Michael Minev*

    IT IS SO ORDERED.  The telephonic conference currently scheduled for December 20, 2022, and the settlement conference currently scheduled for December 21, 2022, are hereby vacated.

    The settlement conference will take place on December 27, 2022 at 10:00 a.m. before Judge Brenda Weksler by Zoom video conference.

    On December 16, 2022, parties and counsel must send—along with their confidential written evaluation statement—their preferred e-mail address for the Zoom invitation to judicial clerk Radia Amari at radia_amari@nvd.uscourts.gov.

    A pre-Settlement Conference telephonic conference is set for December 21, 2022 at 10:00 a.m.  This telephonic conference is for Judge Weksler and counsel only.  Counsel must call (877) 810-9415, access code 2365998, five minutes before the telephonic conference.

_____
U.S. Magistrate Judge

Dated: December 8, 2022

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 7th day of December, 2022, I caused the above and foregoing document entitled **STIPULATION AND (PROPOSED) ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** to be served as followed by personally transmitting a copy of the same via the Court's CM/ECF internet system to their respective registered e-mail sites.

**Southern Desert Correctional Center**
Email: sdcclawlibrary@doc.nv.gov

**Chris William Davis**
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-9252
Email: cwdavis@ag.nv.gov
*Attorneys for Defendant Michael Minev*

*/s/ Suzanne Morehead*
_____
An employee of Hutchison & Steffen, PLLC