Brenoch R. Wirthlin (10282)
Shelby A. Dahl (13856)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
bwirthlin@hutchlegal.com
sdahl@hutchlegal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY L. MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*<br><br>Defendants. | Case No. 2:21-cv-00726-JAD-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO SUBMIT DISMISSAL PAPERWORK** |

  Counsel for Plaintiff Rodney Marshall ("Plaintiff") and Defendant Michael Minev ("Defendant") hereby submit this Stipulation to extend time to submit dismissal paperwork.

  In the Minutes of Proceedings filed on January 3, 2023 (*see* ECF No. 72), the Court gave the parties until February 27, 2023 to file dismissal paperwork. Issues have arisen regarding the settlement and dismissal of this case that the parties seek to resolve before filing dismissal paperwork. Therefore, the parties stipulate that dismissal paperwork shall be submitted by March 13, 2023.

///

///

///

///

///

///

///

1

1     It is so stipulated.

2     DATED this 27th day of February, 2023.

3     HUTCHISON & STEFFEN, PLLC     OFFICE OF THE ATTORNEY GENERAL

4     */s/ Shelby A. Dahl*     */s/ Chris W. Davis*

Brenoch R. Wirthlin (10282)     Chris W. Davis (6616)
Shelby A. Dahl (13856)     555 E. Washington Ave., Suite 3900
10080 W. Alta Dr., Suite 200     Las Vegas, NV 89101
Las Vegas, NV 89145

*Attorneys for Plaintiff*     *Attorneys for Defendant Michael Minev*

10     IT IS SO ORDERED. The parties will have until March 13, 2023 to submit dismissal paperwork in this case.

_____
U.S. Magistrate Judge

Dated: __February 28, 2023__

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 27th day of February, 2023, I caused the above and foregoing document entitled **STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO SUBMIT DISMISSAL PAPERWORK** to be served as followed by personally transmitting a copy of the same via the Court's CM/ECF internet system to their respective registered e-mail sites.

**Southern Desert Correctional Center**
Email: sdcclawlibrary@doc.nv.gov

**Chris William Davis**
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
702-486-9252
Email: cwdavis@ag.nv.gov
*Attorneys for Defendant Michael Minev*

*/s/ Suzanne Morehead*
_____
An employee of Hutchison & Steffen, PLLC