Brenoch R. Wirthlin (10282)
Shelby A. Dahl (13856)
HUTCHISON & STEFFEN, PLLC
10080 W. Alta Dr., Suite 200
Las Vegas, NV 89145
(702) 385-2500/Fax: (702) 385-2086
bwirthlin@hutchlegal.com
sdahl@hutchlegal.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY L. MARSHALL,<br><br>           Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al*<br><br>           Defendants. | Case No. 2:21-cv-00726-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS**<br><br>**ECF No. 75** |

Counsel for Plaintiff Rodney Marshall ("Plaintiff") and Defendant Michael Minev ("Defendant") hereby stipulate as follows:

1. On December 27, 2022, the parties participated in a settlement conference, and reached an agreement to settle the case.

2. The parties have all executed the settlement agreement.

3. As part of the terms of the settlement agreement, all claims and counterclaims in this action are dismissed with prejudice and each party will bear its own attorneys' fees, expenses, and costs associated with this Action.

///

///

///

///

///

///

1

It is so stipulated.

DATED this 13th day of March, 2023.

| HUTCHISON & STEFFEN, PLLC | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| /s/ Shelby A. Dahl | /s/ Chris W. Davis |
| Brenoch R. Wirthlin (10282)<br>Shelby A. Dahl (13856)<br>10080 W. Alta Dr., Suite 200<br>Las Vegas, NV 89145 | Chris W. Davis (6616)<br>555 E. Washington Ave., Suite 3900<br>Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Michael Minev* |

## ORDER

Based on the parties' stipulation [ECF No. 75] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 14, 2023