UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rodney L. Marshall,<br><br>    Plaintiff<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00726-JAD-BNW<br><br>**Order Denying Motion to Reopen Case**<br><br>[ECF No. 78] |

    Rodney L. Marshall brought this civil-rights action under 42 U.S.C. § 1983, alleging that Nevada Department of Corrections (NDOC) Medical Director Michael Minev and NDOC Doctor Gregory Bryant violated his Eighth Amendment rights by delaying or denying him care for prostate cancer. A successful settlement conference resulted in a settlement agreement and stipulated dismissal of this case with prejudice just three months ago.[1] But Marshall now asks the court to reopen this case, explaining that he is "having problems medically and . . . not receiving help."[2]

    Because this case was dismissed with prejudice, Marshall must file a new action if he desires to pursue his new claims. IT IS THEREFORE ORDERED that the motion to reopen this case **[ECF No. 78] is DENIED.**

                                                                                           _____
                                                                                           U.S. District Judge Jennifer A. Dorsey
                                                                                                                                                                                           June 6, 2023

---

[1] ECF No. 76.

[2] ECF No. 78 at 2.